**DISMISS and Opinion Filed April 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01501-CV

**JOSE ARBAIZA, Appellant**
**V.**
**FRANKLIN CREDIT MANAGEMENT CORPORATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11404**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

The clerk's record in this case is past due. By letter dated January 28, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

181501F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE ARBAIZA, Appellant

No. 05-18-01501-CV      V.

FRANKLIN CREDIT MANAGEMENT
CORPORATION AS SERVICER FOR
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS CERTIFICATE
TRUSTEE ON BEHALF OF BOSCO
CREDIT II TRUST SERIES 2010-1,
Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-11404.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FRANKLIN CREDIT MANAGEMENT
CORPORATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1
recover its costs of this appeal from appellant JOSE ARBAIZA.

Judgment entered April 3, 2019